UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DALMATIA IMPORT GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOODMATCH, INC. et al., <br><br> Defendants. | Case No. 1:16-cv-933-GBD |

### PLAINTIFF'S NOTICE OF MOTION FOR SEALING ORDER

PLEASE TAKE NOTICE that upon the accompanying **Motion for Sealing Order** Plaintiff Dalmatia Import Group, Inc., hereby moves this Court before the Honorable George Daniels, United States District Judge, in Courtroom 11A, at the United States Courthouse, 500 Pearl Street, New York, New York, for issuance of an order that Docs. Nos. 29 and 46, which were filed Conditionally Under Seal, remain under seal pursuant to Paragraph 14 of the Confidentiality Stipulation and Order (Doc. No. 23).

Respectfully submitted,

/s/ *Lauren E. Handel*
Lauren E. Handel
FOSCOLO & HANDEL PLLC
75 Washington Valley Road #416
Bedminster, New Jersey  07921
(908) 206-4103

Michael S. Nadel
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C.  20001
(202) 756-8000

*Attorneys for Plaintiff*
*Dalmatia Import Group, Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 31, 2016, I caused the foregoing document to be filed using the CM/EFC system, which will cause a copy to be served upon all counsel of record.

/s/ *Lauren E. Handel*
Lauren E. Handel